FILED
2004 JUN 16 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| RICKY RICARDO DANIEL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 00-CO-2962-S |
| U.S. MARSHALL SERVICES, et.al., | ) ) ) | |
| Defendants. | ) | |

ENTERED
JUN 1 6 2004

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 19, 2004, recommending that the motion for summary judgment filed by defendant United States of America be GRANTED IN PART and DENIED IN PART as set out herein. First, the magistrate judge recommended defendant's motion for summary judgment be GRANTED to the extent plaintiff's negligence and wantonness claims are based upon Alabama Seat Belt Law and U.S. Marshal Service policies and procedures regarding use of seatbelts. The magistrate judge further recommended that said defendant's motion for summary judgment be DENIED to the extent it is based upon plaintiff's remaining negligence and wantonness claims. The parties were allowed fifteen (15) days in which to file written objections to the magistrate judge's recommendations. Defendant filed objections (Document # 184) on April 2, 2004, and plaintiff filed objections on April 9, 2004, and April 12, 2004. (Document #196 & #197).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is due to be ACCEPTED. The Court EXPRESSLY FINDS that there are no

207

genuine issues of material fact with regard to plaintiff's negligence and wantonness claims against defendant under the Alabama Seat Belt Law or U.S. Marshal Service Policy and Procedure regarding use of seatbelts. Thus, the motion for summary judgment filed by defendant United States of America is due to be GRANTED to the extent plaintiff's negligence and wantonness claims are based upon Alabama Seat Belt Law and U.S. Marshal Service policies and procedures regarding use of seatbelts. The Court also EXPRESSLY FINDS that there are genuine issues of material fact with regard to plaintiff's remaining negligence and wantonness claims. Thus, defendant's motion for summary judgment is due to be DENIED to the extent it is based upon said claims. Accordingly, plaintiff's remaining negligence and wantonness claims are due to be REFERRED to the magistrate judge for further proceedings.

    An appropriate order will be entered.

    DONE this the 15th day of June, 2004.

                                              L. SCOTT COOGLER
                                              UNITED STATES DISTRICT JUDGE